

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2014

No. 04-14-00567-CV

**EX PARTE** Tad Dana **PERRY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Relator's motion for emergency temporary relief is DENIED.

It is so **ORDERED** on August 8, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 07-06-4710-CCL, styled *In the Interest of T.S.P., a Child*, pending in the County Court at Law, Medina County, Texas, the Honorable Vivian Torres presiding.